# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| STEPHEN H. OLESKEY, <br><br> ON BEHALF OF GUANTANAMO DETAINEES <br> LAKHDAR BOUMEDIENE; <br> MOHAMED NECHLA; MUSTAFA AIT IDIR; <br> SABER LAHMER; HADJ BOUDELLA; <br> BELKACEM BENSAYEH, <br><br> Plaintiff, <br><br> v. <br><br> UNITED STATES DEPARTMENT OF DEFENSE and UNITED STATES DEPARTMENT OF JUSTICE, <br><br> Defendants | Civil Action No. 05-10735 RGS |

## NOTICE OF APPEARANCE

To the Clerk:

Pursuant to Local Rule 83.5.2, please enter my appearance in the above-captioned case as counsel for the defendant, the United States Department of Defense and the United States Department of Justice. .

Respectfully submitted,

MICHAEL J. SULLIVAN
United States Attorney

By: /s/ Mark T. Quinlivan
MARK T. QUINLIVAN
Assistant U.S. Attorney
United States Attorney's Office
John Joseph Moakley U.S. Courthouse
One Courthouse Way, Suite 9200
Boston, MA 02210
617-748-3606

Dated: June 1, 2005