≋AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

_____ District of _____

Stephen H. Oleskey

**SUMMONS IN A CIVIL ACTION**

V.

United States Department of Defense
and United States Department of
Justice

CASE NUMBER:

# 05 10735 RGS

TO: (Name and address of Defendant)

Donald H. Rumsfeld
Secretary of Defense
Office of the Secretary of Defense
1000 Defense Pentagon
Washington, D.C.  20301-1000

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Robert Kirsch
Wilmer Cutler Pickering Hale and Dorr LLP
60 State Street
Boston MA 02109

an answer to the complaint which is served on you with this summons, within ___60___ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

SARAH A. THORNTON               APR 1 3 2005

CLERK                           DATE

(By) DEPUTY CLERK

UNITED STATES DISTRICT COURT, DISTRICT OF MASSACHUSETTS

Stephen H. Oleskey

vs.

United States Department of Defense, et al.

No. 05 10735 RGS

**AFFIDAVIT OF SERVICE**

to wit: Washington, DC

I, NICOLE G. DAVIS, having been duly authorized to make service of the Summons and Complaint with Exhibits in the above entitled case, hereby depose and say:

That my date of birth / age is 12-26-1979.

That my place of business is 1827 18th Street, N.W., Washington, D.C. 20009-5526  (202) 667-0050.

That service was made by a private process server.

That I am not a party to or otherwise interested in this suit.

That on May 4, 2005, I sent the above referenced documents to Donald H. Rumsfeld, Secretary of Defense at Office of the Secretary of Defense, 1000 Defense Pentagon, Washington, DC 20301-1000 by certified mail, return receipt requested. In addition, the documents were delivered on May 9, 2005 (see attached.)

I do solemnly declare and affirm under the penalty of perjury that the matters and facts set forth herein are true to the best of my knowledge, information and belief.

NICOLE G. DAVIS
Our File#- 151878

SUBSCRIBED and SWORN to before me this 14th day of June, 2005.

Notary Public

My commission expires: 03-31-09

Donald H. Rumsfeld
Secretary of Defense
Department of Defense
1000 Defense Pentagon
Washington, DC 20301-1000



Donald H. Rumsfeld
Secretary of Defense
Department of Defense
1000 Defense Pentagon
Washington, DC 20301-1000





### Track & Confirm

**Current Status**

You entered 7001 1940 0002 7260 7444

Your item was delivered at 8:01 am on May 09, 2005 in WASHINGTON, DC 20310.

 Shipment Details >

**Track & Confirm**
Enter label number:

Track & Confirm FAQs

**Notification Options**

▶ Track & Confirm by email    What is this?    Go >



POSTAL INSPECTORS
Preserving the Trust

site map  contact us  government services
Copyright © 1999-2002 USPS. All Rights Reserved. Terms of Use  Privacy Policy