AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

District of _____

Stephen H. Oleskey

V.

United States Department
of Defense and United
States Department of
Justice

**SUMMONS IN A CIVIL ACTION**

CASE NUMBER: 05 10735 RGS

TO: (Name and address of Defendant)

Alberto Gonzales, Attorney General
Office of the Attorney General
U.S. Department of Justice
950 Pennsylvania Avenue, N.W.
Washington, D.C. 20530-0001

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Robert Kirsch
Wilmer Cutler Pickering Hale and Dorr LLP
60 State Street
Boston MA 02109

an answer to the complaint which is served on you with this summons, within ___60___ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

SARAH A. THORNTON                                          APR 13 2005

CLERK                                                                      DATE

(By) DEPUTY CLERK

UNITED STATES DISTRICT COURT, DISTRICT OF MASSACHUSETTS

Stephen H. Oleskey

vs.

United States Department of Defense, et al.
No. 05 10735 RGS

**AFFIDAVIT OF SERVICE**

to wit: Washington, DC

    I, EDWARD C. ROBINSON, having been duly authorized to make service of the Summons and Complaint with Exhibits in the above entitled case, hereby depose and say:

    That my date of birth / age is 03-02-1960.

    That my place of business is 1827 18th Street, N.W., Washington, D.C. 20009 (202) 667-0050.

    That service was made by a private process server.

    That I am not a party to or otherwise interested in this suit.

    That at 11:50 am on May 2, 2005, I served Alberto Gonzales, Attorney General at Office of the Attorney General, U.S. Department of Justice, 950 Pennsylvania Avenue, NW, Washington, DC 20530-0001 by serving Ernest Parker, Manager, authorized to accept. Described herein:

```
   SEX-    MALE
   AGE-    50
HEIGHT-    6'4"
  HAIR-    BLACK
WEIGHT-    185
 COLOR-    BLACK
```

    I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the RETURN of SERVICE and STATEMENT OF SERVICE FEES is true and correct.

Executed on _____
              Date

EDWARD C. ROBINSON
1827 18th Street, N.W.,
Washington, D.C. 20009
Our File#- 151877