UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| STEPHEN H. OLESKEY,<br><br>ON BEHALF OF GUANTANAMO INTERNEES<br>LAKHDAR BOUMEDIENE,<br>MOHAMED NECHLA, MUSTAFA AIT IDIR,<br>SABER LAHMAR, HADJ BOUDELLA,<br>AND BELKACEM BENSAYAH,<br><br>        Plaintiff,<br><br>v.<br><br>UNITED STATES DEPARTMENT OF<br>DEFENSE AND UNITED STATES<br>DEPARTMENT OF JUSTICE,<br><br>        Defendants. | Civil Action No. 05 10735 RGS |

*Filed in open Court 7-28-05 M. Johnson, Dep.*

### JOINT STATEMENT PURSUANT TO LOCAL RULE 16.1(D)

Pursuant to Local Rule 16.1(D) and Fed.R.Civ.P. 26(f), plaintiff, Stephen H. Oleskey, and Defendants, United States Departments of Defense and Justice, submit the following proposed Joint Statement.

A. **PROPOSED DISCOVERY AND MOTIONS SCHEDULE:**

The parties agree on the following schedule:

1. Defendants will produce to Plaintiff all responsive, non-exempt medical records by August 2, 2005.

*7/28/05 Stearns, DJ*

*"Adopted by the Court."*

*Mary H. Johnson, Deputy Clerk*

2.  Defendants will produce to Plaintiff, on a rolling basis, other responsive, non-exempt records concerning Lakhdar Boumediene, Mohamed Nechla (Mohammed Nechle), Saber Lahmar, Mustafa Ait Idir, Belkacem Bensayah (Bensayah Belkacem), and/or Hadj Boudella ("Requesters"). All such responsive, non-exempt records shall be produced to Plaintiff on or before September 28, 2005.

3.  A further conference will be held prior to the September 28, 2005 production deadline at a date set by the Court.

4.  On or before October 28, 2005, Defendants will provide Plaintiff and the Court with a detailed *Vaughn* Index and Declaration regarding responsive records concerning Requesters, which were withheld from production.

5.  Defendants will file dispositive motions on or before October 28, 2005.

6.  Plaintiff will file dispositive motions on or before November 18, 2005.

7.  At the first opportunity after November 18, 2005, the Court will hold a hearing on dispositive motions filed by the parties. At this hearing, the Court will also set a schedule for limited discovery, if appropriate.

| **Action** | **Deadline** |
| --- | --- |
| Defendants Produce on Rolling Basis Responsive, Non-Exempt Records | Effective immediately |
| Defendants Produce All Responsive, Non-Exempt Medical Records | August 2, 2005 |
| Further Conference | To be set by Court, before September 28, 2005 |
| Defendants Produce All Responsive, Non-Exempt Records Concerning Requesters | September 28, 2005 |

| | |
|---|---|
| Defendants File *Vaughn* Index and Declaration | October 28, 2005 |
| Defendants File Dispositive Motions | October 28, 2005 |
| Plaintiff Files Dispositive Motions | November 18, 2005 |
| Hearing | To be set by Court |

**B.    SCHEDULING ISSUES TO BE AGREED UPON**

The parties are unable to agree upon a proposed schedule for the production of records that are responsive to more general requests, which seek records not specific to Requesters (See requests 10(f), 14, 15, and 17). Plaintiff proposes that the September 28, 2005 deadline should apply to all responsive records, while Defendants propose a production schedule consistent with one ordered by Judge Hellerstein of the Southern District of New York in another Freedom of Information Act case.

**C.    DISCOVERY EVENT LIMITATIONS OF LOCAL RULE 26.1(C)**

The parties agree to the discovery event limitations enumerated in Local Rule 26.1(c).

**D.    REQUIRED CERTIFICATIONS**

Appropriate certifications required by Local Rule 16.1 will be filed separately by the parties.

**E.    GOALS FOR JULY 28 SCHEDULING CONFERENCE**

The parties believe that with the Court's guidance they can agree upon a schedule for production of responsive records, to identify records withheld, and to provide the basis for withholding.

Respectfully submitted,

| UNITED STATES DEPARTMENT OF DEFENSE AND UNITED STATES DEPARTMENT OF JUSTICE, | STEPHEN H. OLESKEY, |
|---|---|
| /s/ Mark T. Quinlivan<br>Mark T. Quinlivan<br>Assistant U.S. Attorney<br>United States Attorney's Office<br>John Joseph Moakley U.S. Courthouse<br>1 Courthouse Way, Suite 9200<br>Boston, MA 02210 | /s/ Lynne C. Soutter<br>Robert C. Kirsch (BBO #541755)<br>Melissa A. Hoffer (BBO #641667)<br>Lynne C. Soutter (BBO #657934)<br>Wilmer Cutler Pickering Hale and Dorr LLP<br>60 State Street<br>Boston, Massachusetts 02109<br>(617) 526-6000 |

Dated:    July 28, 2005

- 4 -