*Filed in open Court 7-28-05 M. Johnson Deputy Clerk*

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| STEPHEN H. OLESKEY,<br><br>ON BEHALF OF GUANTANAMO INTERNEES<br>LAKHDAR BOUMEDIENE,<br>MOHAMED NECHLA, MUSTAFA AIT IDIR,<br>SABER LAHMAR, HADJ BOUDELLA,<br>AND BELKACEM BENSAYAH,<br><br>Plaintiff,<br><br>v.<br><br>UNITED STATES DEPARTMENT OF<br>DEFENSE AND UNITED STATES<br>DEPARTMENT OF JUSTICE,<br><br>Defendants. | Civil Action No. 05 10735 RGS |

## PLAINTIFF'S RULE 16.1 CERTIFICATION

Pursuant to Local Rule 16.1, Plaintiff Stephen H. Oleskey and his counsel confirm that they have conferred:

1. with a view to establishing a budget for the costs of conducting the full course, and various alternative courses, of the litigation; and

2. to consider resolution of the litigation through the use of alternative dispute resolution programs, such as mediation, arbitration, and the alternative dispute resolution programs outline in Local Rule 16.4.

By: _____  Date: July 28, 2005
Stephen H. Oleskey
Wilmer Cutler Pickering Hale and Dorr LLP
60 State Street
Boston, Massachusetts 02109
(617) 526-6000

By: _____
Robert C. Kirsch (BBO #541755)
Melissa A. Hoffer (BBO #641667)
Lynne C. Soutter (BBO #657934)
Wilmer Cutler Pickering Hale and Dorr LLP
60 State Street
Boston, Massachusetts 02109
(617) 526-6000

**Certificate of Service**

I, Lynne Soutter, hereby certify that on July 28, 2005, I served a copy of Plaintiff's Rule 16.1 Certification on Defendants' counsel by hand.

_____
Lynne C. Soutter