UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| STEPHEN H. OLESKEY,<br><br>ON BEHALF OF GUANTANAMO DETAINEES<br>LAKHDAR BOUMEDIENE;<br>MOHAMED NECHLA; MUSTAFA AIT IDIR;<br>SABER LAHMER; HADJ BOUDELLA;<br>BELKACEM BENSAYEH,<br><br>            Plaintiff,<br><br>    v.<br><br>UNITED STATES DEPARTMENT OF<br>DEFENSE and UNITED STATES<br>DEPARTMENT OF JUSTICE,<br><br>            Defendants | Civil Action No. 05-10735 RGS |

**DEFENDANTS' CONSENT MOTION FOR ONE-DAY EXTENSION OF TIME**

Pursuant to Rule 6(b) of the Federal Rules of Civil Procedure, defendants United States Department of Defense and United States Department of Justice, hereby move for an extension of time of one-day, or until August 12, 2005, in which to file a response to Plaintiff's Supplemental Memorandum in Support of Plaintiffs' Proposed FOIA Document Production Schedule for Request Nos. 10(f), 14, 15, and 17 ("Plaintiff's Supplemental Response"). In support of the foregoing motion, defendants say as follows:

1. This Court conducted a Scheduling Conference in this matter on July 28, 2005. Following that conference, the Court entered an Electronic Order, as follows:

> The Court informs counsel that it would like to see the Order that is in place by Judge Alvin Hellerstein of the Southern District of New York, and the Govt. will provide a copy of that Order to the Court. The plaintiffs will, within the next 7 days, identify

> anything that is not covered by that Order issued by Judge Hellerstein which needs to be supplemented, and the Govt. will then have 7 days thereafter to respond. This Court, if it deems appropriate, will then issue an Order if necessary. The Govt. will produce pltfs' specific records to pltfs' counsel by September 28, 2005.

Electronic Order, Oleskey v. Department of Defense, No. 05-10735 (July 28, 2005) (emphasis added). On August 4, 2005, plaintiff filed his Supplemental Response. Defendants' response, therefore, is due on this date, August 11, 2005.

2. Defendants seek an extension of time of one day, or until August 12, 2005, to file their response. This extension is necessary because of a communications problem between undersigned counsel and agency counsel, which has resulted in insufficient time for agency counsel to review and comment on defendants' draft submission.

3. On August 11, 2005, undersigned counsel spoke with co-counsel for plaintiff, Lynne C. Soutter, Esq., and inquired whether plaintiff would consent to this motion. Ms. Soutter graciously stated that plaintiff would consent to this motion.

WHEREFORE, with good cause having been shown, defendants respectfully request that this Court grant them an additional day, or until August 12, 2005, in which to file a response to plaintiff's Supplemental Response.

`                                        Respectfully submitted,

                                        MICHAEL J. SULLIVAN
                                        United States Attorney

                                         /s/ Mark T. Quinlivan
                                        MARK T. QUINLIVAN
                                        Assistant U.S. Attorney
                                        John Joseph Moakley U.S. Courthouse
                                        1 Courthouse Way, Suite 9200
                                        Boston, MA 02210
                                        617-748-3606

Dated: August 11, 2005


### CERTIFICATE PURSUANT TO LOCAL RULE 7.1(a)(2)

     Pursuant to Local Rule 7.1(a)(2), I certify that, on this date, August 11, 2005, I conferred with co-counsel for the plaintiff, Lynne C. Soutter, Esq., regarding this motion, and Ms. Soutter indicated that plaintiff would consent to this motion.

                                          /s/ Mark T. Quinlivan
                                        MARK T. QUINLIVAN
                                        Assistant U.S. Attorney