UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| STEPHEN H. OLESKEY, <br><br> ON BEHALF OF GUANTANAMO DETAINEES LAKHDAR BOUMEDIENE; MOHAMED NECHLA; MUSTAFA AIT IDIR; SABER LAHMER; HADJ BOUDELLA; BELKACEM BENSAYEH, <br><br>            Plaintiff, <br><br>        v. <br><br> UNITED STATES DEPARTMENT OF DEFENSE and UNITED STATES DEPARTMENT OF JUSTICE, <br><br>            Defendants | Civil Action No. 05-10735 RGS |

**DEFENDANT U.S. DEPARTMENT OF DEFENSE'S
CONSENT MOTION TO MODIFY PRODUCTION SCHEDULE**

Pursuant to 5 U.S.C. § 552(a)(6)(C), defendant United States Department of Defense ("DoD") respectfully moves this Honorable Court to modify the schedule set forth in the Joint Statement Pursuant to Local Rule 16.1(d), which was adopted by this Court on July 28, 2005, for the reasons that are explained in the accompanying Memorandum of Law and Declaration of John P. Taitt, Associate Deputy General Counsel, Department of Defense. Plaintiff, through counsel, has consented to this motion. The modified proposed schedule is as follows:

   1. On or before October 7, 2005, DoD will produce all responsive, non-exempt records concerning Lakhdar Boumediene, Mohamed Nechla (Mohamed Nechle), Saber Lahmar, Mustafa Ait Idir, Belkacem Bensayah (Bensayah Belkacem) and/or Hadj Beoudella, as well as all responsive,

non-exempt records in response to plaintiff's FOIA request paragraph 10(f), with the following exceptions:

    a. On or before December 7, 2005, DoD will produce all responsive, non-exempt records concerning Lakhdar Boumediene, Mohamed Nechla (Mohamed Nechle), Saber Lahmar, Mustafa Ait Idir, Belkacem Bensayah (Bensayah Belkacem) and/or Hadj Beoudella that have been found in the files of the Office of General Counsel of DoD;

    b. On or before January 7, 2006, DoD will produce all responsive, non-exempt records concerning Lakhdar Boumediene, Mohamed Nechla (Mohamed Nechle), Saber Lahmar, Mustafa Ait Idir, Belkacem Bensayah (Bensayah Belkacem) and/or Hadj Beoudella requiring referral to DoD agencies or to agencies outside the DoD, with the exception of documents that have been found in the files of the U.S. European Command;

    c. On or before April 7, 2006, DoD will produce all responsive, non-exempt records concerning Lakhdar Boumediene, Mohamed Nechla (Mohamed Nechle), Saber Lahmar, Mustafa Ait Idir, Belkacem Bensayah (Bensayah Belkacem) and/or Hadj Beoudella that have been found in the files of the U.S. European Command, including any documents found in those files requiring referral to DoD agencies or to agencies outside the DoD.

2. On or before May 7, 2006, DoD will produce and file a <u>Vaughn</u> index and supporting declaration.

3. DoD will waive the payment of any search fees in excess of $5,000.

4. The parties jointly request that the Court schedule a status conference on or before December 7, 2005.

WHEREFORE, with good cause having been shown, DoD respectfully requests that this Court modify the production schedule accordingly.

                                                Respectfully submitted,

                                                MICHAEL J. SULLIVAN
                                                United States Attorney

                                      By:  /s/ Mark T. Quinlivan
                                                MARK T. QUINLIVAN
                                                Assistant U.S. Attorney
                                                John Joseph Moakley U.S. Courthouse
                                                One Courthouse Way, Suite 9200
                                                Boston, MA 02210
                                                617-748-3606

Dated: September 28, 2005


## CERTIFICATE PURSUANT TO LOCAL RULE 7.1(a)(2)

     Pursuant to Local Rule 7.1(a)(2), I certify that, on September 21, 27, and 28, 2005, I conferred with counsel for the plaintiff, Lynne C. Soutter, Esq., regarding the issues raised in this motion, and that, on September 28, 2005, Ms. Soutter graciously indicated that plaintiff would consent to this motion.

                                                /s/ Mark T. Quinlivan
                                                MARK T. QUINLIVAN
                                                Assistant U.S. Attorney