UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| STEPHEN H. OLESKEY,<br><br>ON BEHALF OF GUANTANAMO DETAINEES<br>LAKHDAR BOUMEDIENE;<br>MOHAMED NECHLA; MUSTAFA AIT IDIR;<br>SABER LAHMER; HADJ BOUDELLA;<br>BELKACEM BENSAYEH,<br><br>    Plaintiff,<br><br>    v.<br><br>UNITED STATES DEPARTMENT OF<br>DEFENSE and UNITED STATES<br>DEPARTMENT OF JUSTICE,<br><br>    Defendants | )<br>)<br>)  Civil Action No. 05-10735 RGS<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

**DEFENDANT U.S. DEPARTMENT OF DEFENSE'S
CONSENT MOTION TO FURTHER MODIFY PRODUCTION SCHEDULE**

Pursuant to 5 U.S.C. § 552(a)(6)(C), defendant United States Department of Defense ("DoD") respectfully moves this Honorable Court to further modify the schedule set forth in the Joint Statement Pursuant to Local Rule 16.1(d), which was adopted by this Court on July 28, 2005, and modified by Order dated October 18, 2005. DoD needs additional time to complete the processing of plaintiff's Freedom of Information Act request. Plaintiff, through counsel, has consented to this motion. The modified proposed schedule is as follows:

1. On or before April 7, 2006, DoD will make an interim release of all responsive, non-exempt records concerning Lakhdar Boumediene, Mohamed Nechla (Mohamed Nechle), Saber Lahmar, Mustafa Ait Idir, Belkacem Bensayah (Bensayah Belkacem) and/or Hadj Beoudella that

have been found in the files of the U.S. European Command, including any documents found in those files requiring referral to DoD agencies or to agencies outside the DoD;

2. On or before May 22, 2006, DoD will make a final release of all responsive, non-exempt records concerning Lakhdar Boumediene, Mohamed Nechla (Mohamed Nechle), Saber Lahmar, Mustafa Ait Idir, Belkacem Bensayah (Bensayah Belkacem) and/or Hadj Beoudella that have been found in the files of the U.S. European Command, including any documents found in those files requiring referral to DoD agencies or to agencies outside the DoD.

3. On or before June 22, 2006, DoD will produce and file a <u>Vaughn</u> index and supporting declaration.

WHEREFORE, with good cause having been shown, DoD respectfully requests that this Court modify the production schedule accordingly.

        Respectfully submitted,

        MICHAEL J. SULLIVAN
        United States Attorney

By: /s/ Mark T. Quinlivan
     MARK T. QUINLIVAN
     Assistant U.S. Attorney
     John Joseph Moakley U.S. Courthouse
     One Courthouse Way, Suite 9200
     Boston, MA 02210
     617-748-3606

Dated: April 7, 2006

<u>CERTIFICATE PURSUANT TO LOCAL RULE 7.1(a)(2)</u>

Pursuant to Local Rule 7.1(a)(2), I certify that, on April 7, 2006, I conferred with counsel for the plaintiff, Robert Kirsch, Esq., regarding the issues raised in this motion, and that Mr. Kirsch graciously indicated that plaintiff consents to this motion.

        /s/ Mark T. Quinlivan
        MARK T. QUINLIVAN
        Assistant U.S. Attorney