# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| STEPHEN H. OLESKEY, <br><br> ON BEHALF OF GUANTANAMO DETAINEES <br> LAKHDAR BOUMEDIENE; <br> MOHAMED NECHLA; MUSTAFA AIT IDIR; <br> SABER LAHMER; HADJ BOUDELLA; <br> BELKACEM BENSAYEH, <br><br> Plaintiff, <br><br> v. <br><br> UNITED STATES DEPARTMENT OF <br> DEFENSE and UNITED STATES <br> DEPARTMENT OF JUSTICE, <br><br> Defendants | Civil Action No. 05-10735 RGS |

## ASSENTED-TO MOTION FOR EXTENSION OF TIME

Pursuant to Rule 6(b) of the Federal Rules of Civil Procedure, defendants hereby move for an extension of time of two weeks, or until May 15, 2008, in which to file a motion for summary judgment regarding the adequacy of the searches conducted pursuant to plaintiff's Freedom of Information Act ("FOIA") request. Plaintiff, through counsel, has graciously assented to this request. In support of the foregoing motion, defendants say as follows:

1. On March 5, 2008, this Court conducted a further status conference in this matter, during which the parties agreed to the following schedule: defendants would file a motion for summary judgment regarding the adequacy of the searches conducted pursuant to plaintiff's FOIA request on May 1, 2008; and plaintiff would file a discovery motion 14 days thereafter.

2. An extension of time of two weeks days is requested due to the recent and upcoming schedule of the undersigned Assistant U.S. Attorney, which has included, inter alia:

(1) Drafting the government's reply brief in United States v. Lawrence Novak, No. 07-1826, which was filed in the U.S. Court of Appeals for the First Circuit on April 4, 2008;

(2) Drafting the government's answering brief in the consolidated appeals of United States v. Dotty Pierre, No. 07-1330, United States v. Charlotine Duverge, No. 07-1331, and United States v. Provilon Duverge, No. 07-1332, which was filed in the First Circuit on April 18, 2008;

(3) Drafting the government' answering brief in United States v. Eduardo Pagan, No. 07-1545, which was filed in the First Circuit on April 23, 2008;

(4) Traveling to and from San Jose, California, to present oral argument before the U.S. District Court for the Northern District of California on April 25, 2008 , in County of Santa Cruz v. Mukasey, Civil Action No. 03-1802 JF;

(5) Drafting the government's answering brief in United States v. Severin Yelaun, No. 07-1651, which is due to be filed in the First Circuit on May 7, 2008; and

(6) Preparing for oral argument before the First Circuit on May 5, 2008, in United States v. Lawrence Novak, No. 07-1826.

3. On April 24, 2008, undersigned counsel communicated by electronic mail with Robert Kirsch, co-counsel for the plaintiff, who graciously indicated that plaintiff would assent to this motion.

WHEREFORE, with good cause having been shown, defendants respectfully request that this Court grant them an additional two weeks, or until May 15, 2008, in which to file a motion for summary judgment regarding the adequacy of the searches conducted pursuant to plaintiff's FOIA") request.

`                                        Respectfully submitted,

                                        MICHAEL J. SULLIVAN
                                        United States Attorney

                                         /s/ Mark T. Quinlivan
                                        MARK T. QUINLIVAN
                                        Assistant U.S. Attorney
                                        Appeals Unit
                                        John Joseph Moakley U.S. Courthouse
                                        1 Courthouse Way, Suite 9200
                                        Boston, MA 02210
                                        (617) 748-3606

Dated: April 29, 2008


CERTIFICATE PURSUANT TO LOCAL RULE 7.1(a)(2)

     Pursuant to Local Rule 7.1(a)(2), I certify that on April 24, 2008, I conferred with Robert Kirsch, co-counsel for the plaintiff, regarding this motion, and that Mr. Kirsch indicated that plaintiff would consent to this motion.

                                         /s/ Mark T. Quinlivan
                                        MARK T. QUINLIVAN
                                        Assistant U.S. Attorney