UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| STEPHEN H. OLESKEY, <br><br> ON BEHALF OF GUANTANAMO DETAINEES LAKHDAR BOUMEDIENE; MOHAMED NECHLA; MUSTAFA AIT IDIR; SABER LAHMER; HADJ BOUDELLA; BELKACEM BENSAYEH, <br><br> Plaintiff, <br><br> v. <br><br> UNITED STATES DEPARTMENT OF DEFENSE and UNITED STATES DEPARTMENT OF JUSTICE, <br><br> Defendants | Civil Action No. 05-10735 RGS |

**ASSENTED-TO MOTION FOR FURTHER EXTENSION OF TIME
OF ONE WEEK FOR FILING MOTION FOR SUMMARY JUDGMENT
AND THAT PLAINTIFF SHALL HAVE UNTIL JUNE 23, 2008, IN WHICH
TO FILE RESPONSE AND/OR REQUEST FOR DISCOVERY**

Pursuant to Rule 6(b) of the Federal Rules of Civil Procedure, defendants hereby move for a further extension of time of one week, or until May 22, 2008, in which to file a motion for summary judgment regarding the adequacy of the searches conducted pursuant to plaintiff's Freedom of Information Act ("FOIA") request. Plaintiff, through counsel, has graciously assented to this request, and has moved that he be allowed through June 23, 2008, in which to file a response and/or request for discovery, a request to which the defendants have assented. Both requests have unfortunately become necessary due to unforeseen conflicts that have arisen for counsel for the respective parties in other matters.

WHEREFORE, with good cause having been shown, defendants respectfully request that this Court grant them an additional week, or until May 22, 2008, in which to file a motion for summary judgment regarding the adequacy of the searches conducted pursuant to plaintiff's FOIA request, and that plaintiff shall have until June 23, 2008, in which to file a response and/or request for discovery.

Respectfully submitted,

MICHAEL J. SULLIVAN
United States Attorney

/s/ Mark T. Quinlivan
MARK T. QUINLIVAN
Assistant U.S. Attorney
Appeals Unit
John Joseph Moakley U.S. Courthouse
1 Courthouse Way, Suite 9200
Boston, MA 02210
(617) 748-3606

Dated: May 15, 2008

CERTIFICATE PURSUANT TO LOCAL RULE 7.1(a)(2)

Pursuant to Local Rule 7.1(a)(2), I certify that on May 15, 2008, I conferred with Robert Kirsch, co-counsel for the plaintiff, regarding this motion, and that Mr. Kirsch indicated that plaintiff would assent to this motion.

/s/ Mark T. Quinlivan
MARK T. QUINLIVAN
Assistant U.S. Attorney