UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| STEPHEN H. OLESKEY, <br><br> ON BEHALF OF GUANTANAMO DETAINEES LAKHDAR BOUMEDIENE; MOHAMED NECHLA; MUSTAFA AIT IDIR; SABER LAHMER; HADJ BOUDELLA; BELKACEM BENSAYEH, <br><br>   Plaintiff, <br><br>  v. <br><br> UNITED STATES DEPARTMENT OF DEFENSE and UNITED STATES DEPARTMENT OF JUSTICE, <br><br>   Defendants | Civil Action No. 05-10735 RGS |

**DEPARTMENT OF DEFENSE'S MOTION FOR SUMMARY JUDGMENT
REGARDING THE ADEQUACY OF THE SEARCH**

Pursuant to Rule 56 of the Federal Rules of Civil Procedure and the scheduling order entered by this Court on March 5, 2008, the Department of Defense hereby moves for summary judgment regarding the adequacy of the search conducted pursuant to plaintiff's Freedom of Information Act ("FOIA") request. The reasons for the foregoing motion are set forth in the accompanying Memorandum of Law and accompanying declarations.

        Respectfully submitted,

        MICHAEL J. SULLIVAN
        United States Attorney

By:  /s/ Mark T. Quinlivan
       MARK T. QUINLIVAN
       Assistant U.S. Attorney
       Appeals Unit
       John Joseph Moakley U.S. Courthouse
       1 Courthouse Way, Suite 9200
       Boston, MA 02210
       (617) 748-3606

Dated: May 22, 2008

## CERTIFICATE OF SERVICE

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants.

       /s/ Mark T. Quinlivan
       MARK T. QUINLIVAN
       Assistant U.S. Attorney

May 22, 2008