# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| STEPHEN H. OLESKEY, <br><br> ON BEHALF OF GUANTANAMO INTERNEES LAKHDAR BOUMEDIENE, MOHAMED NECHLA, MUSTAFA AIT IDIR, SABER LAHMAR, HADJ BOUDELLA, AND BELKACEM BENSAYAH, <br><br> Plaintiff, <br><br> v. <br><br> UNITED STATES DEPARTMENT OF DEFENSE AND UNITED STATES DEPARTMENT OF JUSTICE, <br><br> Defendants. | Civil Action No. 05 10735 RGS |

## NOTICE OF APPEARANCE

Pursuant to Local Rule D. Mass. 83.5.2(a), please enter the appearance of Lauren G. Brunswick (BBO# 660996), Wilmer Cutler Pickering Hale and Dorr LLP, in the above-captioned action.

Dated:  June 20, 2008                     Respectfully submitted,

/s/ Lauren G. Brunswick
Lauren G. Brunswick (BBO# 660996)
WILMER CUTLER PICKERING
   HALE and DORR LLP
60 State Street
Boston, MA 02109
Tel.: (617) 526-6000
Fax:  (617) 526-5000

*Attorney for Plaintiff*

- 2 -

## CERTIFICATE OF SERVICE

      I hereby certify that this document filed through the ECF system will be sent out electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants.

                                    /s/ Lauren G. Brunswick
                                    Lauren G. Brunswick

Dated: June 20, 2008