ORAL ARGUMENT REQUESTED

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| STEPHEN H. OLESKEY,<br><br>ON BEHALF OF GUANTANAMO INTERNEES LAKHDAR BOUMEDIENE, MOHAMED NECHLA, MUSTAFA AIT IDIR, SABER LAHMAR, HADJ BOUDELLA, AND BELKACEM BENSAYAH,<br><br>          Plaintiff,<br><br>v.<br><br>UNITED STATES DEPARTMENT OF DEFENSE AND UNITED STATES DEPARTMENT OF JUSTICE,<br><br>          Defendants. | **Civil Action No. 05 10735 RGS** |

**PLAINTIFF'S RULE 56(f) MOTION TO DENY OR, IN THE ALTERNATIVE, CONTINUE DEFENDANTS' MOTION FOR SUMMARY JUDGMENT**

Pursuant to Fed. R. Civ. P. 56(f), Stephen H. Oleskey ("Plaintiff"), on behalf of Lakhdar Boumediene, Mohamed Nechla, Mustafa Ait Idir, Saber Lahmar, Belkacem Bensayah and Hadj Boudella ("Requesters"), requests that the Court deny the United States Department of Defense ("DoD") and the United States Department of Justice's ("DoJ") (collectively, "the government") Motion for Summary Judgment ("Motion") or, in the alternative, order a continuance for discovery relating to the adequacy of the government's search at Guantanamo.

Denial of the Motion is appropriate because the government has failed to demonstrate the adequacy of its search in response to Plaintiff's Freedom of Information Act ("FOIA") request.

If the Court does not deny the government's Motion at this stage, discovery will be necessary to permit Plaintiff to develop facts essential to oppose the government's Motion on the grounds that its searches were inadequate. Plaintiff submits the attached memorandum of law in support of this Motion to Deny or, in the Alternative, Continue Defendants' Motion for Summary Judgment. Plaintiff also submits the attached affidavit of Lauren Brunswick as Exhibit 1 to this Motion.

                Respectfully Submitted,

                /s/ Lauren G. Brunswick
                Robert C. Kirsch (BBO #541755)
                Lynne C. Soutter (BBO #657934)
                Lauren Brunswick (BBO #660996)
                Wilmer Cutler Pickering Hale and Dorr LLP
                60 State Street
                Boston, Massachusetts 02109
                (617) 526-6000

DATED:   June 23, 2008

## CERTIFICATE OF SERVICE

I, Lauren Brunswick, hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants.

/s/ Lauren G. Brunswick
Lauren Brunswick

# EXHIBIT 1

ORAL ARGUMENT REQUESTED

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| STEPHEN H. OLESKEY, )<br>)<br>ON BEHALF OF GUANTANAMO INTERNEES )<br>LAKHDAR BOUMEDIENE, MOHAMED )<br>NECHLA, MUSTAFA AIT IDIR, SABER )<br>LAHMAR, HADJ BOUDELLA, AND )<br>BELKACEM BENSAYAH, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>UNITED STATES DEPARTMENT OF DEFENSE )<br>AND UNITED STATES DEPARTMENT OF )<br>JUSTICE, )<br>)<br>Defendants. )  | **Civil Action No. 05 10735 RGS** |

**AFFIDAVIT OF LAUREN BRUNSWICK IN SUPPORT OF PLAINTIFF'S RULE 56(f) MOTION TO DENY OR, IN THE ALTERNATIVE, CONTINUE DEFENDANTS' MOTION FOR SUMMARY JUDGMENT**

1. I am an associate with the law firm of Wilmer Cutler Pickering Hale and Dorr LLP and counsel for Plaintiff Stephen H. Oleskey in connection with the above-captioned matter.

2. For the reasons stated in the Memorandum of Law in Support of Plaintiff's Rule 56(f) Motion to Deny or, in the Alternative, Continue Defendants' Motion for Summary Judgment, Plaintiff requests that the Court deny the United States Department of Defense ("DoD") and the United States Department of Justice's ("DoJ") Motion for Summary Judgment ("Motion") or, in the alternative, order a continuance for discovery relating to the adequacy of the government's search at Guantanamo.

SIGNED UNDER THE PAINS AND PENALTIES OF PERJURY THIS 23rd DAY OF JUNE, 2008.

                                        /s/ Lauren G. Brunswick
                                        Lauren Brunswick (BBO #660996)
                                        Wilmer Cutler Pickering Hale and Dorr LLP
                                        60 State Street
                                        Boston, Massachusetts 02109
                                        (617) 526-6000


DATED:   June 23, 2008