UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| STEPHEN H. OLESKEY,<br><br>ON BEHALF OF GUANTANAMO DETAINEES<br>LAKHDAR BOUMEDIENE;<br>MOHAMED NECHLA; MUSTAFA AIT IDIR;<br>SABER LAHMER; HADJ BOUDELLA;<br>BELKACEM BENSAYEH,<br><br>      Plaintiff,<br><br>    v.<br><br>UNITED STATES DEPARTMENT OF<br>DEFENSE and UNITED STATES<br>DEPARTMENT OF JUSTICE,<br><br>      Defendants | Civil Action No. 05-10735 RGS |

**ASSENTED-TO MOTION FOR EXTENSION OF TIME OF 21 DAYS
TO FILE RESPONSE TO PLAINTIFF'S RULE 56(f) MOTION
TO DENY OR, IN THE ALTERNATIVE, TO CONTINUE
DEFENDANT'S MOTION FOR SUMMARY JUDGMENT**

Pursuant to Rule 6(b) of the Federal Rules of Civil Procedure, defendants hereby move for a further extension of time of 21 days, or until July 28, 2008, in which to file a response to Plaintiff's Rule 56(f) Motion to Deny or, in the Alternative, to Continue Defendant's Motion for Summary Judgment. This request is necessary for two reasons. First, undersigned counsel has recently been engaged in drafting the government's answering brief in the U.S. Court of Appeals for the First Circuit in United States v. Rivera, No. 07-2675, which was filed on June 30, 2007, and assisting in the drafting of the government's answering brief in United States v. Sicher, No. 07-2414, due on July 10, 2008. Second, undersigned counsel must consult with agency counsel for the Department of Defense ("DoD") regarding DoD's response, who are currently occupied in assisting in responding

to petitions for writs of habeas corpus in the United States District Court for the District of Columbia in the wake of Boumediene v. Bush, 553 U.S. ___ (2008).

    Plaintiff, through counsel, has graciously assented to this request,.

    WHEREFORE, with good cause having been shown, defendants respectfully request that this Court grant them an additional 21 days, or until July 28, 2008, in which to file a response to Plaintiff's Rule 56(f) Motion to Deny or, in the Alternative, to Continue Defendant's Motion for Summary Judgment.

                              Respectfully submitted,

                              MICHAEL J. SULLIVAN
                              United States Attorney

                              /s/ Mark T. Quinlivan
                              MARK T. QUINLIVAN
                              Assistant U.S. Attorney
                              Appeals Unit
                              John Joseph Moakley U.S. Courthouse
                              1 Courthouse Way, Suite 9200
                              Boston, MA 02210
                              (617) 748-3606

Dated: July 7, 2008

### CERTIFICATE PURSUANT TO LOCAL RULE 7.1(a)(2)

    Pursuant to Local Rule 7.1(a)(2), I certify that on July 7, 2008, I conferred with Robert Kirsch, co-counsel for the plaintiff, regarding this motion, and that Mr. Kirsch indicated that plaintiff would assent to this motion.

                              /s/ Mark T. Quinlivan
                              MARK T. QUINLIVAN
                              Assistant U.S. Attorney