## UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

|   |   |
|---|---|
| STEPHEN H. OLESKEY, <br><br>ON BEHALF OF GUANTANAMO DETAINEES LAKHDAR BOUMEDIENE; MOHAMED NECHLA; MUSTAFA AIT IDIR; SABER LAHMER; HADJ BOUDELLA; BELKACEM BENSAYEH, <br><br>Plaintiff, <br><br>v. <br><br>UNITED STATES DEPARTMENT OF DEFENSE and UNITED STATES DEPARTMENT OF JUSTICE, <br><br>Defendants | Civil Action No. 05-10735 RGS |

### ASSENTED-TO MOTION FOR FURTHER EXTENSION OF TIME OF FOUR DAYS TO FILE RESPONSE TO PLAINTIFF'S RULE 56(f) MOTION

Pursuant to Rule 6(b) of the Federal Rules of Civil Procedure, defendants hereby move for a further extension of time of four days, or until August 1, 2008, in which to file a response to Plaintiff's Rule 56(f) Motion to Deny or, in the Alternative, to Continue Defendant's Motion for Summary Judgment. As grounds therefor, undersigned counsel states that he presented argument on this date before the U.S. Court of Appeals for the First Circuit in United States v. Severin Yelaun, No. 07-1651, and has unfortunately been unable to complete a draft of the government's brief in this case due to the need to prepare for that oral argument.

Plaintiff, through counsel, has graciously assented to this request,.

WHEREFORE, with good cause having been shown, defendants respectfully request that this Court grant them an additional four days, or until August 1, 2008, in which to file a response to

Plaintiff's Rule 56(f) Motion to Deny or, in the Alternative, to Continue Defendant's Motion for Summary Judgment.

                              Respectfully submitted,

                              MICHAEL J. SULLIVAN
                              United States Attorney

                              /s/ Mark T. Quinlivan
                              MARK T. QUINLIVAN
                              Assistant U.S. Attorney
                              Appeals Unit
                              John Joseph Moakley U.S. Courthouse
                              1 Courthouse Way, Suite 9200
                              Boston, MA 02210
                              (617) 748-3606

Dated: July 28, 2008

## CERTIFICATE PURSUANT TO LOCAL RULE 7.1(a)(2)

     Pursuant to Local Rule 7.1(a)(2), I certify that on July 25, 2008, I conferred with Robert Kirsch, co-counsel for the plaintiff, regarding this motion, and that Mr. Kirsch indicated that plaintiff would assent to this motion.

                              /s/ Mark T. Quinlivan
                              MARK T. QUINLIVAN
                              Assistant U.S. Attorney