UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| STEPHEN H. OLESKEY,<br><br>ON BEHALF OF GUANTANAMO DETAINEES<br>LAKHDAR BOUMEDIENE;<br>MOHAMED NECHLA; MUSTAFA AIT IDIR;<br>SABER LAHMER; HADJ BOUDELLA;<br>BELKACEM BENSAYEH,<br><br>      Plaintiff,<br><br>    v.<br><br>UNITED STATES DEPARTMENT OF<br>DEFENSE and UNITED STATES<br>DEPARTMENT OF JUSTICE,<br><br>      Defendants | Civil Action No. 05-10735 RGS |

**JOINT MOTION FOR CLARIFICATION**

The parties in this action hereby seek clarification of this Court's electronic Order of July 17, 2008, which provides "Electronic ORDER entered granting [24] Motion to Continue." As explained below, because this Court had earlier granted defendant's motion for an extension of time to file a response or reply to plaintiff's motion to continue, the parties are unclear as to whether this Court has allowed plaintiff to conduct discovery regarding the adequacy of defendant U.S. Department of Defense's ("DoD") search under the Freedom of Information Act ("FOIA"), or has merely continued summary judgment proceedings until that issue is resolved. If the Court has allowed plaintiff to conduct discovery, the parties seek clarification as to its scope.

    1. On May 22, 2008, DoD moved for summary judgment regarding the adequacy of its FOIA search with a supporting memorandum and accompanying declarations. [Docket #21 & 22].

2. On June 23, 2008, plaintiff filed a Rule 56(f) Motion to Deny or, in the Alternative, to Continue Defendant's Motion for Summary Judgment. [Docket #24]. In that motion, plaintiff requested that defendant DoD's motion be denied or, in the alternative, that this Court order a continuance for discovery relating to the adequacy of DoD's search at Guantanamo.

3. On July 7, 2008, the government requested an extension of 21 days in which to file a response to plaintiff's motion to deny or, in the alternative, to continue, which this Court granted in an electronic order dated July 8, 2008.[1]

4. On July 17, 2008, this Court entered an electronic order granting plaintiff's motion to continue.

5. Because this Court had earlier granted the government's motion for an extension of time to respond to plaintiff's motion, the parties are unsure whether this Court's July 17 electronic order granting plaintiff's motion to continue should be interpreted as either (1) granting plaintiff's request to conduct discovery relating to the adequacy of DoD's search at Guantanamo, or (2) merely continuing summary judgment proceedings until the question of whether discovery should be allowed is resolved. If the Court has allowed plaintiff to conduct discovery, the parties seek clarification as to its scope.

WHEREFORE, the parties seek clarification of this Court's electronic order of July 17, 2008.

---

[1] Defendant DoD is herewith filig a motion for a further extension of time of four days, or through August 1, 2008, in which to respond to plaintiff's motion.

|  |  |
|---|---|
|  | Respectfully submitted, |
| For the Plaintiff | For the Defendant |
|  | MICHAEL J. SULLIVAN<br>United States Attorney |
| /s/ Robert C. Kirsch<br>Robert C. Kirsch<br>Lynne C. Soutter<br>Lauren Brunswick<br>Wilmer Cutler Pickering Hale and Dorr LLP<br>60 State Street<br>Boston, MA 02109<br>(617) 526-6000 | /s/ Mark T. Quinlivan<br>MARK T. QUINLIVAN<br>Assistant U.S. Attorney<br>Appeals Unit<br>John Joseph Moakley U.S. Courthouse<br>1 Courthouse Way, Suite 9200<br>Boston, MA 02210<br>(617) 748-3606 |

Dated: July 28, 2008