**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| STEPHEN H. OLESKEY,<br><br>ON BEHALF OF GUANTANAMO DETAINEES<br>LAKHDAR BOUMEDIENE;<br>MOHAMED NECHLA; MUSTAFA AIT IDIR;<br>SABER LAHMER; HADJ BOUDELLA;<br>BELKACEM BENSAYEH,<br><br>Plaintiff,<br><br>v.<br><br>UNITED STATES DEPARTMENT OF<br>DEFENSE and UNITED STATES<br>DEPARTMENT OF JUSTICE,<br><br>Defendants | Civil Action No. 05-10735 RGS |

**WITHDRAWAL OF**
**ASSENTED-TO MOTION FOR FURTHER EXTENSION OF TIME**
**OF FOUR DAYS TO FILE RESPONSE TO PLAINTIFF'S RULE 56(f) MOTION**

Defendant U.S. Department of Defense hereby WITHDRAWS its motion for a further extension of time of four days, or until August 1, 2008, in which to file a response to Plaintiff's Rule 56(f) Motion to Deny or, in the Alternative, to Continue Defendant's Motion for Summary Judgment. On this date, this Court granted the parties' Joint Motion for Clarification and ordered that defendant shall file a response to the plaintiff's motion within 14 days. Defendant's motion therefore is moot.

Respectfully submitted,

MICHAEL J. SULLIVAN
United States Attorney


 /s/ Mark T. Quinlivan
MARK T. QUINLIVAN
Assistant U.S. Attorney
Appeals Unit
John Joseph Moakley U.S. Courthouse
1 Courthouse Way, Suite 9200
Boston, MA 02210
(617) 748-3606

Dated: July 29, 2008