UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| STEPHEN H. OLESKEY, <br><br> ON BEHALF OF GUANTANAMO DETAINEES LAKHDAR BOUMEDIENE; MOHAMED NECHLA; MUSTAFA AIT IDIR; SABER LAHMER; HADJ BOUDELLA; BELKACEM BENSAYEH, <br><br>          Plaintiff, <br><br>     v. <br><br> UNITED STATES DEPARTMENT OF DEFENSE and UNITED STATES DEPARTMENT OF JUSTICE, <br><br>          Defendants | Civil Action No. 05-10735 RGS |

**JOINT PROPOSED SCHEDULE**

The parties to this action, having conferred, hereby propose the following schedule:

1. Pursuant to the Attorney General's Freedom of Information Act ("FOIA") Memorandum of March 19, 2009, the Department of Defense ("DoD") will be withdrawing withholding claims based on Exemption 7 of the FOIA – with the exception of withholding claims based on Exemption 7(c) – with respect to Lakhdar Boumediene, Mohamed Nechla, Mustafa Ait Idir; Saber Lahmer, and Hadj Boudella.

2. On or before January 29, 2009, DoD and any agency to whom documents were referred shall review all documents previously withheld in full or in part in this case to determine if the withdrawal of withholding claims set forth in paragraph 1 above will result in the release of any additional documents or information to the plaintiff. This review period is necessary given the

amount of documents that need to be reviewed, the fact that multiple DoD components and other agencies to whom documents were referred will be conducting the review, and the upcoming holiday season.

    3. After this review has been completed, the parties will meet and confer and propose a briefing schedule within two weeks, or on or before February 12, 2010, regarding DoD's anticipated motion for summary judgement justifying the exemptions that have been claimed.

Respectfully submitted,

| For the Plaintiff | For the Defendant |
|---|---|
| /s/ Robert C. Kirsch | /s/ Mark T. Quinlivan |
| Robert C. Kirsch | MARK T. QUINLIVAN |
| Lynne C. Soutter | Assistant U.S. Attorney |
| Lauren Brunswick | Appeals Unit |
| Wilmer Cutler Pickering Hale and Dorr LLP | John Joseph Moakley U.S. Courthouse |
| 60 State Street | 1 Courthouse Way, Suite 9200 |
| Boston, MA 02109 | Boston, MA 02210 |
| (617) 526-6000 | (617) 748-3606 |

Dated: November 23, 2009