UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO. 05-10735-RGS

STEPHEN H. OLESKEY
on behalf of six named Guantanamo internees

v.

UNITED STATES DEPARTMENT OF DEFENSE and
UNITED STATES DEPARTMENT OF JUSTICE

ORDER LIFTING SEAL ON CERTAIN COURT ORDERS
AND DOCUMENTS AND ORDERING THE FILING
OF A TRANSCRIPT IN LIEU OF COURT NOTES

July 6, 2012

STEARNS, D.J.

Following an ex parte hearing seeking clarification of the Government's Response to the Court's Sealed Order of May 8, 2012, the court orders the Clerk to unseal the following documents: (1) the court's ex parte Order of May 8, 2012; (2) the Department of Defense's ex parte motion to for an extension of time to respond to the May 8, 2012 Order; (3) the court's ex parte Order of May 30, 2012; (4) the Department of Defense's sealed ex parte Response to the Court's Order of May 8, 2012 and Statement Regarding Sealing, dated June 28, 2012; and (5) the Declaration of Mark H. Harrington, dated June 27, 2012. The court further Orders that the complete transcript of today's ex parte conference be placed on the docket in lieu of a clerk's note (no

clerk having been in attendance).

SO ORDERED.

/s/ Richard G. Stearns
_____
UNITED STATES DISTRICT JUDGE