UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO. 05-10735-RGS

STEPHEN H. OLESKEY,
on behalf of Guantanamo internees
LAKHDAR BOUMEDIENE, MOHAMED NECHLA, MUSTAFA AIT IDIR,
SABER LAHMAR, HADJ BOUDELLA, and BELKACEM BENSAYAH

v.

UNITED STATES DEPARTMENT OF DEFENSE and
UNITED STATES DEPARTMENT OF JUSTICE

ORDER ON PLAINTIFF'S RESPONSE
TO THE COURT'S MAY 8, 2012 EX PARTE ORDER

September 25, 2012

STEARNS, D.J.

Having reviewed yet again the disputed documents, the court is satisfied that the Government has properly withheld the PowerPoint material in question and that the contents are not usefully or practicably severable. With respect to the withheld emails, the court will order the Clerk to schedule the *in camera* hearing with only security-cleared counsel in attendance. (The timing is dependent on the court's ability to obtain a security clearance for a substitute law clerk on this case). Counsel should also be prepared to discuss whether once a decision is made on the production of the emails in whole or in part, this litigation will have reached the end of its natural life.

SO ORDERED.

/s/ Richard G. Stearns
_____
UNITED STATES DISTRICT JUDGE