UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO. 05-10735-RGS

STEPHEN H. OLESKEY,
on behalf of Guantanamo internees
LAKHDAR BOUMEDIENE, MOHAMED NECHLA, MUSTAFA AIT IDIR,
SABER LAHMAR, HADJ BOUDELLA, and BELKACEM BENSAYAH

v.

UNITED STATES DEPARTMENT OF DEFENSE and
UNITED STATES DEPARTMENT OF JUSTICE

ORDER ON NECESSITY OF *IN CAMERA* HEARING

January 9, 2013

STEARNS, D.J.

The issue remaining before the court is plaintiffs' request that the government produce unredacted versions of the emails previously produced in redacted form to plaintiffs' counsel in the habeas proceeding. (The court had previously determined that the withheld PowerPoint presentation cannot be produced in any severable fashion that would provide anything of an informational nature). After a third *in camera* review of the emails, the court is satisfied that the redactions are confined to source-identifying material (including names and telephone numbers) and are therefore properly withheld pursuant to 5 U.S.C. § 552(b)(7). Given the very narrow factual issue at stake, the court sees no necessity for an *in camera* hearing with counsel for the government or

plaintiffs (even assuming that the proper security clearance could be obtained).

This litigation having run its course, it is the court's intention to now close the docket with the understanding that counsel for either side may move to reopen the case should circumstances warrant.

SO ORDERED.

/s/ Richard G. Stearns
_____
UNITED STATES DISTRICT JUDGE