UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO. 05-10735-RGS

STEPHEN H. OLESKEY,
on behalf of Guantanamo internees
LAKHDAR BOUMEDIENE, MOHAMED NECHLA, MUSTAFA AIT IDIR,
SABER LAHMAR, HADJ BOUDELLA, and BELKACEM BENSAYAH

v.

UNITED STATES DEPARTMENT OF DEFENSE and
UNITED STATES DEPARTMENT OF JUSTICE

ORDER ON PLAINTIFF'S REQUEST
FOR A STATUS CONFERENCE

February 6, 2013

STEARNS, D.J.

The issue raised by plaintiff's motion insofar as it concerns the production of the documents most recently reviewed *in camera* by the court has (as defendants note) been resolved. As was observed in the January 9 order, "the withheld PowerPoint presentation cannot be produced in any severable fashion that would provide anything of an informational nature." Dkt # 127. It follows that it need not be produced in a redacted form. As for the emails, plaintiff has indicated in prior pleadings that he already has possession of the redacted versions.

The court has previously ruled that the search conducted by defendants was as thorough as the law requires, if not more so. *See* Dkt # 48. The court further

understands that it has addressed all of the *in camera* review issues raised in the parties' joint submission of July 28, 2011. *See* Dkt # 107. (This is reflected in the Clerk's notes entered for August 23, 2011, May 7, 2012, and thereafter). Finally, the court is of the belief of all of the redacted/withheld documents identified by plaintiff in the July 28, 2011 submission have either since been produced by the government or have been the subject of rulings by the court. *See, e.g.*, Dkt # 127. Without a more precise statement from plaintiff as to what more the court is expected to do, the value of a status conference is unclear. At a minimum, plaintiff must identify with some specificity those documents that he believes remain disputed with some indication of the action he expects the court to take. Plaintiff will have twenty-one (21) days from the date of this Order to make such a submission. Defendants will have fourteen (14) days thereafter to respond.

                SO ORDERED.

                /s/ Richard G. Stearns
                _____
                UNITED STATES DISTRICT JUDGE